**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Ann Yankee

                          Plaintiff,

v.                                                           Case No.: 1:16−cv−02873
                                                             Honorable Gary Feinerman

Kraft Heinz Foods Company, et al.

                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 22, 2021:

      MINUTE entry before the Honorable Gary Feinerman:Plaintiff and Defendant Kraft Heinz have filed a stipulation of dismissal (Dkt. 461 in Case No. 16 C 5802), the terms of which are set forth therein. By agreement (Dkt. 430 in Case No. 16 C 5802), Plaintiff's claims against Defendant Supervalu Inc. are dismissed without prejudice to pursuing her claims as part of the putative class action in Case No. 16 C 5802. By agreement (Dkt. 430 in Case No. 16 C 5802), Plaintiff's claims against Defendant Target Corporation remain dismissed with prejudice. Civil case closed. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.