# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Ann Yankee

                        Plaintiff,

v.                                                                     Case No.: 1:16−cv−02873

                                                                                 Honorable Gary Feinerman

Kraft Heinz Foods Company, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 4, 2021:

       MINUTE entry before the Honorable Gary Feinerman:The parties have filed a stipulation of dismissal (Dkt. 478 in Case 16 C 5802), the terms of which are set forth therein. Civil case remains closed. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.